IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA STOCKTON**                                                       **PLAINTIFF**
ADC # 169885

VS.                        **4:24-CV-00054-BRW-JTK**

**FELTS, et al.**                                                     **DEFENDANTS**

<u>**ORDER**</u>

      I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Stockton's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

      IT IS, THEREFORE, ORDERED THAT:

      1.    Plaintiff's claims are DISMISSED without prejudice for failure to exhaust administrative remedies;

      2.    I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in</u> <u>forma</u> <u>pauperis</u> appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

      DATED this 8th day of February, 2024.

                                                              <u>Billy Roy Wilson</u>
                                                              UNITED STATES DISTRICT JUDGE