IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA STOCKTON**                                                                                           **PLAINTIFF**
**ADC # 169885**

**VS.**                                    **4:24-CV-00054-BRW-JTK**

**FELTS, et al.**                                                                                  **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of February, 2024.

                                                                           Billy Roy Wilson_____
                                                                           UNITED STATES DISTRICT JUDGE